IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN J. GRAIFF,                                    Case No. 07-582-HO

       Plaintiff,                              JUDGMENT

  v.

Commissioner of Social Security,

       Defendant.

    The decision of the Commissioner is reversed.  This matter is remanded to the Commissioner for calculation and payment of benefits.

    DATED this __19th__ day of November, 2008.

                                              s/ Michael R. Hogan
                                        United States District Judge