FILED '09 FEB 25 12:36 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN J. GRAIFF,

           Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

           Defendant.

Civil No. 07-582-HO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7437.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or fees shall be paid.

IT IS SO ORDERED THIS 25th day of Feb., 2009.

                                       Michael␣Hogan
                                       United States District Judge/Magistrate

PRESENTED BY:

/s/Phyllis Burke       2/18/09
PHYLLIS BURKE       Date
OSB #814597
(503) 460-3200
Attorney for Plaintiff Graiff

ORDER